WILLIAM MAHER, *Respondent, v.* S. HATCH GOULD and another, *Appellants.*— Judgment reversed and a new trial ordered, costs to abide event, unless the plaintiff stipulates to reduce the judg-

ment as indicated in the opinion, in which case the judgment so reduced is affirmed, with costs to the respondent. Opinion by SMITH, P. J.